CHEMICAL LEAMAN TANK LINES, INC., Plaintiff–Appellee

v.

The AETNA CASUALTY & SURETY COMPANY, Et Al., Robin Anthony Gildart Jackson, an Underwriter at Lloyd's, London, Et Al., Defendants–Appellants in No. 93–5777,

The Aetna Casualty & Surety Company, Defendant–Appellant in No. 93–5794.

Nos. 93–5777, 93–5794.

United States Court of Appeals, Third Circuit.

Dec. 15, 1995.

Before: SCIRICA, NYGAARD and McKEE, Circuit Judges.

**ORDER FOR PANEL REHEARING**

It is hereby ordered that, pursuant to Internal Operating procedure 9.5.7, panel rehearing is granted in the above captioned appeal, and the opinion previously filed on October 12, 1995, is hereby vacated.